IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Gina Baldwin, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Case No.: |
| | ) |
| Legacy Healthcare Services, Inc., | ) |
| | ) |
|       Defendant. | ) |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Defendant hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

   a. Whether it is publicly traded, and if it is, on which exchange(s):

      No

   b. Its parent companies or corporations (if none, state "none"):

      The Deaconess Associations, Inc., an Ohio nonprofit corporation

   c. Its subsidiaries not wholly owned by the subject (if none, state "none"):

      None

   d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

      None

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

   NOT APPLICABLE

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

BROWN & JAMES, P.C.

*/s/ Steven H. Schwartz*
Steven H. Schwartz, #36436MO
sschwartz@bjpc.com
Rebecca S. Verble,#51226MO
rverble@bjpc.com
800 Market Street, 11th Floor
St. Louis, Missouri 63101
(314) 421-3400

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record and served.  Parties may access this filing through the Court's electronic filing system.

BROWN & JAMES, P.C.

*/s/ Steven H. Schwartz*
Steven H. Schwartz, #36436MO
sschwartz@bjpc.com
Rebecca S. Verble, #51226MO
rverble@bjpc.com
800 Market Street, 11th floor
St. Louis, Missouri 63101
(314) 421-3400
Fax: (314) 421-3128

**Attorneys for Defendants**